J. ORIN YEAGER, Respondent, v. THE MECHANICS AND·METALS NATIONAL· BANK OF THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event, upon the ground that reversible error was committed in the refusal to receive in evidence defendant's Exhibits A to K, inclusive.    Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

FRANCIS L. KOHLMAN, as Trustee in Bankruptcy of the Estate of FRANK L. STOTT, Respondent, v. S. PARKER BREMER and Others, Defendants, Impleaded with GEORGE A. ADAM, Appellant.— Order affirmed, with ten ·dollars costs and disbursements, with leave to defendant George A. Adam to answer within twenty days from service of order, upon payment of said costs and ten dollars costs of motion at Special Term.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANCIS L. KOHLMAN, as Trustee in Bankruptcy of the Estate of FRANK L. STOTT, Respondent, v. S. PARKER BREMER and Others, Appellants, Impleaded with GEORGE A. ADAM, Defendent.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order, upon payment of said costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYTER H. CRAWFORD, Appellant.— Judgment affirmed.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA SLATER, Respondent, v. ALFRED VICTOR BARNES, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM HOBBY, Respondent, v. HARRIS B. BECHER, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES O'REILLY, an Infant, by STEPHEN O'REILLY, His Guardian ad Litem, Respondent, v. BUICK MOTOR COMPANY and Another, Appellants.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STEPHEN O'REILLY, Respondent, v. BUICK MOTOR COMPANY and Another, Appellants.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILSON PAPER STOCK CO., INC., Respondent, v. BOGOTA PAPER AND BOARD COMPANY, Appellant.— Judgment modified by reducing the judgment as entered, including interest, to the sum of $770.84, and as so modified affirmed, with costs to respondent.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DAVID·GOLDBERG, Appellant, v. MAURICE MARKEL, Doing Business under the Name of AMERICAN ART EMBROIDERY COMPANY, Respondent.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LEON MENDELSON, Respondent, v. TEXTILE PUBLISHING COMPANY, a New York Corporation, Appellant.— Order affirmed, with ten dollars costs ·and dis· bursements, with leave to defendant to serve an answer within twenty days from service of order, upon payment of said costs and ten dollars costs of motion at